UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NETWORK-1 TECHNOLOGIES, INC.,

                                Plaintiff,        14-cv-02396 (PGG)(SN)
                                             14-cv-09558 (PGG)(SN)

      -against-

                                               **ORDER**

GOOGLE, LLC et al.,

                                Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      As discussed at the April 22, 2021 Conference, the Court DENIES Network-1's motion to strike Google's supplemental discovery responses. The scope of this limited discovery shall be determined by the parties through a meet-and-confer process. In addition, the Court GRANTS the parties' requests to file certain documents under seal related to the discovery dispute, and GRANTS on an interim basis the parties' request to file certain documents under seal related to the summary judgment briefing. This interim sealing ruling may be revisited by Judge Gardephe in connection with his ruling on the motions for summary judgment. The parties shall file a status letter on May 6, 2021, indicating if there are any outstanding discovery disputes.

      Respectfully, the Clerk of Court is directed to GRANT the motions at 14-cv-02396, ECF Nos. 222, 247; and at 14-cv-09558, ECF Nos. 157, 182, and DENY the motions at 14-cv-02396, ECF Nos. 248, 249; and at 14-cv-09558, ECF Nos. 183, 184.

**SO ORDERED.**

                                                  SARAH NETBURN
                                                  United States Magistrate Judge

Dated:    April 23, 2021
            New York, New York