

12424
Wilshire Boulevard
12th Floor
Los Angeles
California
90025

Tel 310.826.7474
Fax 310.826.6991
www.raklaw.com

November 1, 2022

**Filed Via ECF**

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

    **Re:**   *Network-1 Technologies, Inc. v. Google LLC, et al.*,
            <u>Case Nos. 1:14-cv-2396-PGG-SN & 1:14-cv-9558-PGG-SN</u>

Dear Judge Gardephe:

    I write in regard to Plaintiff Network-1 Technologies, Inc.'s October 28, 2022 under seal filing (Dkt. No. 285 in Case No. 1:14-cv-2396-PGG-SN; Dkt. No. 221 in Case No. 1:14-cv-9558-PGG-SN). In Network-1's letter motion to seal preceding that filing (Dkt. No. 284 in Case No. 1:14-cv-2396-PGG-SN; Dkt. No. 220 in Case No. 1:14-cv-9558-PGG-SN), I indicated that Network-1 believed that its filing contained material and information designated by Defendants Google LLC and YouTube LLC (collectively, "Google") under the Protective Order. In that letter, I also noted that Google had indicated to Network-1 that it would submit a letter explaining its position on sealing by October 31, and provide Network-1 with redactions for any portions of these materials Google requests to remain sealed by that time as well. However, Google informed Network-1 that it does not wish for any portion of the October 28 filing to be redacted. Therefore, immediately following this letter, Network-1 will file a public version of the October 28 filing with only the confidentiality label redacted.

                                                               Respectfully submitted,

                                                               <u>*s/ Amy E. Hayden*</u>

                                                               Marc A. Fenster (*pro hac vice*)
                                                               Brian D. Ledahl (*pro hac vice*)
                                                               Adam S. Hoffman (*pro hac vice*)
                                                               Paul A. Kroeger (*pro hac vice*)
                                                              Jacob R. Buczko (*pro hac vice*)
                                                              Amy E. Hayden (*pro hac vice*)
                                                              RUSS, AUGUST & KABAT
                                                             12424 Wilshire Blvd. 12th Floor
                                                             Los Angeles, CA 90025
                                                             Phone: (310) 826-7474
                                                             Fax: (310) 826-6991
                                                             mfenster@raklaw.com
                                                             bledahl@raklaw.com
                                                             ahoffman@raklaw.com
                                                             pkroeger@raklaw.com



Hon. Paul G. Gardephe
November 1, 2022
Page 2

jbuczko@raklaw.com
ahayden@raklaw.com

Charles R. Macedo
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
Phone: (212) 336-8074
Fax: (212) 336-8001
cmacedo@arelaw.com

*Attorneys for Network-1 Technologies, Inc.*

**MEMO ENDORSED:** : The Clerk of Court is directed to terminate the motions pending at Dkt. No. 284 in Case No. 14 Civ. 2396 and at Dkt. No. 220 in Case No. 14 Civ. 9558 as withdrawn by the Plaintiff.

SO ORDERED.

Paul G. Gardephe
United States District Judge
 Date: September 21, 2023