# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
NETWORK-1 TECHNOLOGIES, INC.,

                Plaintiff,                14 **CIVIL** 9558 (PGG)

      -against-                      **JUDGMENT**

GOOGLE LLC and YOUTUBE, LLC,

                Defendants.
------------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated April 24, 2024, the asserted claims of the '988 and '464 Patents are invalid as indefinite, and the remaining disputed terms are construed as set forth above. Defendants' motion for summary judgment is granted as to Plaintiffs claim for infringement of the '237 Patent. The Court's rulings with respect to indefiniteness and Defendants' motion for summary judgment dispose of all the asserted claims in this case. Plaintiffs cross-motion for summary judgement is denied; accordingly, the case is closed.

**Dated:**  New York, New York
          April 24, 2024

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**

                      **BY:**

                                                  **Deputy Clerk**