UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NETWORK-1 TECHNOLOGIES, INC.,

Plaintiff,

- against -

GOOGLE, INC., and YOUTUBE, LLC,

Defendants.

**ORDER**

14 Civ. 2396 (PGG)
14 Civ. 9558 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Court will conduct a conference on **June 26, 2026, at 11:00 a.m.,** to discuss the parties' joint letter dated June 18, 2026 (Dkt. No. 318). The Court will conduct the conference by telephone. The parties are directed to call the dial-in number 1-855-244-8681 and enter access code 2313 155 6484.

The Clerk of Court is directed to terminate the letter motion (Dkt. No. 318).

Dated: New York, New York
        June 22, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge